FILED'09 AUG 28 13:12 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| SEAL SOURCE, INC., | CV 09-875-HU |
| Plaintiff, | TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE |
| v. | |
| CESAR CALDERON; SEAL SUPPLY PERU SA; DULIA CASTRO; CASDEL HNOS SA; JOHN DOES 1 THROUGH 10, | |
| Defendants. | |

REDDEN, Judge:

Before the court is Plaintiff's July 29, 2009 Motion (doc. 2) for Preliminary Injunction and Temporary Restraining Order. Based on the record, including Plaintiff's Complaint, the parties' memoranda of points and authority, the supporting affidavits of Ronald Guerra, Dennis

PAGE 1 - TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE

Stock, Jeff Stock, Trevor Wells, and the declaration of Larry Brown, the court finds:

(1) Defendant Cesar Calderon was an employee of Plaintiff and had access to Plaintiff's proprietary and trade secret information.

(2) Plaintiff has introduced evidence showing that Calderon misappropriated Plaintiff's proprietary and trade secret information by acquiring and disclosing Plaintiff's proprietary and trade secret information to co-defendants by improper means.

(3) Plaintiff's computers are used in interstate commerce and communications.

(4) Plaintiff seeks a permanent injunction requiring defendants to return any and all misappropriated proprietary and trade secret information and enjoining defendants from using Plaintiff's proprietary and trade secret information for their own financial gain or otherwise.

(5) Plaintiff's attorney made reasonable efforts to notify defendants of this Motion.

IT IS THEREFORE ORDERED:

(1) Defendants must return to Plaintiff any and all proprietary and/or trade secret information, in any form, including, but not limited to, electronic formats on compact discs and flash drives. Defendants are enjoined from using Plaintiff's proprietary and trade secret information for their own financial gain or otherwise.

(2) Defendant shall appear before this Court on the 3rd day of September, 2009, at 9:30 a.m., in Courtroom 15B, United States District Court, Portland, Oregon, before the Honorable James A. Redden to show cause, if any, why the activity described above should not continue to be enjoined during the pendency of this action.

(3) The order contained in paragraph 1 above shall expire at the date and time set out in paragraph 2, not to exceed 10 days from the date of this order, unless extended by further order

PAGE 2 - TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE

of the court.

(4) This order shall be effective only upon posting a qualified corporate surety of a bond, as described in Federal Rule of Civil Procedure 65(c), in the amount of ~~of~~ *to be determined at the hearing*.

IT IS SO ORDERED.

DATED this 27 day of August, 2009.

/s/ James A. Redden
James A. Redden
United States District Judge

PAGE 3 - TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE