FILED'10 AUG 09 11:25USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SEAL SOURCE, INC.,

CV. 09-875 HU

Plaintiff,

OPINION AND ORDER

v.

CESAR CALDERON; SEAL SUPPLY
PERU SA; DULIA CASTRO; CASDEL
HNOS SA; JOHN DOES 1 THROUGH 10,

Defendants.

REDDEN, Judge:

Magistrate Judge Dennis Hubel issued Findings and Recommendation (#61) on July 15, 2010, recommending that defendant Castro's Motion to Quash Service of Summons on her (#56) be granted. The matter is now before this court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

OPINION AND ORDER- 1

When, as here, no objections are filed, the court is not required to review the factual or legal conclusions of the Magistrate Judge. *See, Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

After review, I agree with Judge Hubel's Recommendation. There is no legal error. The court adopts Magistrate Judge Hubel's Findings and Recommendations (#61). Defendant Castro's Motion to Quash Service of Summons on her (#56) is granted.

IT IS SO ORDERED.

Dated this 9" day of August, 2010.

_____
James A. Redden
United States District Judge