FILED 24 OCT '11 13:39 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SEAL SOURCE, INC., | Case No. 3:09-cv-875-HU |
| Plaintiff, | ORDER |
| v. | |
| CESAR CALDERON, | |
| Defendant. | |

MARSH, Judge

    Magistrate Dennis J. Hubel issued a Findings and Recommendation (#100) on September 29, 2011. The Magistrate Judge recommended that Defendant's Motion for Summary Judgment (#75) should be granted in part and denied in part. Specifically, Judge Hubel recommended that summary judgment be denied on plaintiff's claims under the Computer Fraud and Abuse Act, misappropriation of trade secrets, and intentional interference with economic relations, and that summary judgment be granted to defendant on plaintiff's claim of conversion. Judge Hubel also recommended that plaintiff's Motion to Strike defendant's reply (#90), and plaintiff's Motion to Strike the Declaration of Roger Hennigan (#92) of should be denied as moot. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil

1 - ORDER

Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this court is relieved of its obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003)(en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988). Having reviewed the legal principles *de novo*, the court does not find any error.

## CONCLUSION

The Magistrate Judge's Findings and Recommendation (#100) in this action is ADOPTED. Accordingly, defendant's Motion for Summary Judgment (#75) is GRANTED in part, and DENIED in part as follows: summary judgment is denied on plaintiff's claims under the Computer Fraud and Abuse Act, misappropriation of trade secrets, and intentional interference with economic relations, and summary judgment is granted on plaintiff's claim of conversion. Plaintiff's Motion to Strike the Reply (#90) and Plaintiff's Motion to Strike the Declaration of Roger Hennigan (#92) are DENIED as moot.

IT IS SO ORDERED.

DATED this 24 day of OCTOBER, 2011.

Malcolm F. Marsh
United States District Judge

2 - ORDER